# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GABRIEL EVAN JORDAN,<br><br>　　　　　　Defendant. | **CR-23-97-GF-BMM**<br><br>**ORDER** |

Defendant Gabriel Evan Jordan ("Jordan") filed an emergency motion for temporary release on February 23, 2024. (Doc. 31.) Jordan prays that the Court release him from Saturday, February 24, 2024, until Monday, February 26, 2024. (*Id.* at 1.) The Court recognizes that Jordan wishes to attend his brother-in-law's funeral, and further acknowledges that the funeral events lasted from February 24, 2024, to February 26, 2024.

**ORDER**

Accordingly, **IT IS ORDERED:**

1. Jordan's emergency motion for temporary release (Doc. 31.) is **DENIED** as moot. The funeral and related events that Jordan wished to attend have occurred.

DATED this 27th day of February 2024.

_____
Brian Morris, Chief District Judge
United States District Court